UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOSEPH JEROME SIMMONS, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-4-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. Plaintiff's motion for judgment on the pleadings [D.E. 15] is DENIED, defendant's motion for judgment on the pleadings [D.E. 17] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on January 26, 2018, and Copies To:**
Vaughn Stephen Clauson                    (via CM/ECF electronic notification)
Leo R. Montenegro                              (via CM/ECF electronic notification)

DATE:                                                   PETER A. MOORE, JR., CLERK
January 26, 2018                                  (By) /s/ Nicole Briggeman
                                                               Deputy Clerk